IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PATRICIA EZELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 1:08-CV-00073 |
| | ) Judge Trauger |
| A.G.I.A., INC. and | ) |
| LIFE INSURANCE COMPANY | ) |
| OF NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

## REPORT OF RULE 31 PROCEEDING

Pursuant to Rule 31, Section 5, Rules of the Supreme Court of the State of Tennessee, the Rule 31 Mediator, Tracy Shaw, reports that the parties appeared and participated in mediation.

All matters in controversy were resolved. An order of dismissal should be filed in the near future.

_____
Tracy Shaw, #7172
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
#615/244-3370
Rule 31 Mediator

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by postage prepaid mail upon:

Ben Boston, Esq.
Boston, Holt, Sockwell & Durham, PLLC
235 Waterloo Street
P.O. Box 357
Lawrenceburg, TN 38464

Emily H. Plotkin, Esq.
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, PC
211 Commerce Street
Suite 1000
Nashville, TN 37201

Cameron S. Hill, Esq.
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800

on this the 7th day of May, 2009.

_____
Tracy Shaw

F:\DTS\3.MEDIATION\Mediation.Open\Ezell.Patricia\report-rule-31.wpd