IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PATRICIA EZELL | ) | |
| | ) | |
| v. | ) | Civil No. 1:08-0073 |
| | ) | Judge Trauger |
| A.G.I.A. , INC. et al | ) | |

**O R D E R**

The parties have notified court personnel that this case has settled. It is hereby

**ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

ENTER this 8th day of May, 2009.

ALETA A. TRAUGER
U.S. District Judge