IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PATRICIA EZELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:08-CV-00073 |
| ) | Judge Trauger |
| NATIONAL RIFLE ASSOCIATION OF ) | |
| AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties are agreed and stipulate, as evidenced by the signatures of counsel for all parties below, that all matters in controversy have been resolved in mediation and this action is voluntarily dismissed, with prejudice. The parties are agreed that costs should not be taxed or allowed to any party.

        Respectfully submitted,

        s/Ben Boston   (with express permission)
        BEN BOSTON, #11800
        BOSTON, HOLT, SOCKWELL & DURHAM, PLLC
        235 WATERLOO STREET
        P. O. BOX 357
        LAWRENCEBURG, TN 38464
        931-762-7167

        *Attorney for Plaintiff*

> s/Emily H. Plotkin
> EMILY H. PLOTKIN, #022978
> BAKER, DONELSON, BEARMAN, CALDWELL &
> BERKOWITZ, P.C.
> 211 COMMERCE STREET, SUITE 1000
> NASHVILLE, TN 37201
> 615-726-5600 (telephone)
> 615-726-0464 (facsimile)
>
> CAMERON S. HILL, #17408
> BAKER, DONELSON, BEARMAN, CALDWELL &
> BERKOWITZ, P.C.
> 1800 REPUBLIC CENTRE
> 633 CHESTNUT STREET
> CHATTANOOGA, TN 37450-1800
> (423) 756-2010 (telephone)
> (423) 756-3447 (facsimile)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2009, a copy of the foregoing *Stipulation of Dismissal* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

> Ben Boston, Esq.
> Boston, Holt, Sockwell & Durham, PLLC
> 235 Waterloo Street
> P. O. Box 357
> Lawrenceburg, TN 38464
>
> By: s/Emily H. Plotkin
> Emily H. Plotkin, TN BPR No. 022978

- 2 -